UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID J. GOEHST,<br><br>    Plaintiff,<br>v.<br><br>PAYPAL, INC.,<br><br>    Defendant. | Case No. 1:18-cv-3335-WTL-MJD<br><br>Honorable Judge William T. Lawrence |

## ORDER OF DISMISSAL

Plaintiff, DAVID J. GOEHST ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court a Notice of Voluntary Dismissal and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: 1/2/2019

*William T. Lawrence*

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

DISTURBUTION:

Nathan C. Volheim
2500 South Highland Avenue, Suite 2500
Lombard, IL 60148
(630) 575-8181 x113
nvolheim@sulaimanlaw.com